**STATE of Missouri, Respondent,**

v.

**Frederick L. REVELS, Appellant.**

**No. WD 64433.**

Missouri Court of Appeals, Western District.

Aug. 16, 2005.

Motion for Rehearing and/or Transfer to Supreme Court Denied Oct. 4, 2005.

Randall J. Schlegel, Kansas City, MO, for appellant.

Curtis F. Thompson, Jefferson City, MO, for respondent.

Before: NEWTON, P.J., LOWENSTEIN and BRECKENRIDGE, JJ.

*ORDER*

PER CURIAM.

Appellant-acquittee sought a second unconditional release from a mental health facility, pursuant to Section 552.040, RSMo 2000. Affirmed. Rule 84.16(b).